IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROSALIND BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV422-235 |
| ) | |
| CHATHAM COUNTY VOTER'S ) | |
| REGISTRATION, I LUV ADDISON, ) | |
| and TRAINER BROWN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## O R D E R

Before the Court is the Magistrate Judge's October 7, 2022, Report and Recommendation (Doc. 4), to which Plaintiff has not filed objections. After a careful review of the record,[1] the report and recommendation (Doc. 4) is **ADOPTED** as the Court's opinion in this case. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is **DIRECTED** to remit the $402 filing fee in four monthly installments: three payments of $100 and a final payment of $102. Plaintiff is **DIRECTED** to remit the first $100 installment within 30 days of the date of

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

this Order. Plaintiff is further **DIRECTED** to remit the full $402 fee within 120 days of the date of this Order. The Clerk is **DIRECTED** to record Plaintiff's payments on the docket. Plaintiff's failure to remit the full filing fee within the time provided may result in dismissal of her case.

    SO ORDERED this 17th day of November 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA