IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ROSALIND BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV422-235 |
| | ) | |
| CHATHAM COUNTY VOTER'S | ) | |
| REGISTRATION OFFICE, I LUV | ) | |
| ADDISON, and TRAINER BROWN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

Before the Court is the Magistrate Judge's March 15, 2023, Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 7) is **ADOPTED** as the Court's opinion in this case. Plaintiff Rosalind Brown's claims against Defendants Addison and Trainer Brown are **DISMISSED**. Plaintiff's claims against Defendant Chatham County Voter's Registration Office remain

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

pending, and the Magistrate Judge has directed the United States

Marshal to serve Defendant. (Doc. 10.)

SO ORDERED this _13th_ day of April 2023.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA