UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ROSALIND BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-235 |
| | ) | |
| CHATHAM COUNTY VOTER'S REGISTRATION OFFICE, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ROSALIND BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-259 |
| | ) | |
| EXPRESS PROFESSIONAL STAFFING, | ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The Court held a single status conference on August 17, 2023 in both of the above-captioned related cases after the parties filed a Joint Motion for Mediation and Stay of Deadlines Pending Mediation in *Brown v. Express Professional Staffing*, CV422-259, doc. 22 (S.D. Ga. Aug. 8,

2023).[1]  At the conference, all parties in both cases consented to participate in a single Court-directed mediation before the undersigned.

The parties' joint mediation request is **GRANTED**, doc. 22, and it is **ORDERED** that both of the above-captioned cases are set for a single Court-directed mediation before the undersigned at 9:00 AM on October 5, 2023.  The mediation will be conducted in-person at the temporary United States Courthouse at 8 Southern Oaks Court, Savannah, GA 31405.  Additionally, each party shall email a **confidential, *ex parte* letter** to the undersigned's Courtroom Deputy Clerk at molly_davenport@gas.uscourts.gov no later than September 21, 2023.  **As the letters are confidential, they should neither be sent to opposing parties nor filed on the docket**.  The letters should include:

    1) the facts you believe you can prove at trial;

    2) a candid discussion of both the strengths and weaknesses of each side of the case;

    3) a representation as to whether discovery has been completed and, if not, what discovery remains;

    4) the identification of any outstanding motions which could have an effect on settlement;

---

[1] The Court cites to the docket in *Brown*, CV422-259 unless otherwise noted.  The Clerk is **DIRECTED** to enter this Order in both of the above-captioned cases.

> 5) an evaluation of the maximum and minimum damage awards you believe likely;
>
> 6) whether there are any non-monetary compensation arrangements which the parties require (apologies, confidentiality statements, etc.);
>
> 7) an estimate of the attorneys' fees and costs both to date and through trial; and
>
> 8) an estimate of how much time the Court should set aside for the settlement conference.

The letters should be written with candor. The letters should be no more than five pages single-spaced and may contain no more than ten additional pages of exhibits. Additionally, the Court will schedule a brief status conference on September 28, 2023 at 1:30 PM to discuss any additional information the parties may wish to share concerning the status of the case. This conference will also serve as an opportunity to finalize any outstanding details such as the format of the conference.

Given the upcoming mediation, the parties' Rule 26(f) Report is **TERMINATED**. Doc. 20. All deadlines in both of the above-captioned cases are **STAYED** pending the mediation.[2] The Court will provide

---

[2] This stay does not apply to the parties' mediation-related deadlines and obligations, including their deadline to send a confidential, *ex parte* letter to the Courtroom Deputy Clerk.

further instructions after the mediation if one or both of the cases remain pending.

**SO ORDERED**, this 18th day of August, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA